# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>      Defendants. | Case No. 1:08-CV-00606-AWI-SMS<br><br>**TEMPORARY PROTECTIVE ORDER AND ORDER SETTING JUNE 13, 2008, HEARING DATE ON PLAINTIFF'S MOTION FOR RIGHT TO ATTACH AND WRIT OF ATTACHMENT** |

The Court has considered the second application of Plaintiff Don Rose for a Right to Attach Order, Order for Issuance of Writ of Attachment pursuant to Chapter 4 (beginning with California Code of Civil Procedure section 484.010) and an *ex parte* Temporary Protective Order, authority to do so being given this Court pursuant to Federal Rules of Civil Procedure Rule 64.

The following Findings and Order are made after this Court's Order on Plaintiff's Second Ex Parte Motion for Writ of Attachment or Temporary Protective Order, entered May 21, 2008 (Doc. No.15).

**FINDINGS**

In accordance with the Court's May 21, 2008, Order (Doc. No. 15), THE COURT FINDS:

Defendant Samuel Abraham and Steven Duce are natural persons. Defendant Bella Robles Corporation is a corporation.

The amount sought to be secured by the attachment under the application for the right to attach is $1,500,000 or whatever part of that amount remains in Bank of the Sierra account number 2220359270.

The claim upon which the application for attachment is based is one upon which an attachment may be issued under California Code of Civil Procedure section 483.010.

Plaintiff Don Rose has established the probable validity of the claim upon which the application for the attachment is based.

The order was not sought for a purpose other than the recovery upon the claim on which the application for the attachment is based.

Great or irreparable injury will result to the Plaintiff if this order is not issued, based on the following: there is a danger that the property sought to be attached would be concealed, substantially impaired in value, and made unavailable to levy by other than concealment or substantial impairment in value.

Other circumstances regarding great or irreparable injury threatened against Plaintiff include the following: (1) Defendant Samuel Abraham has been able to successfully direct Defendants Steven Duce and Bella Robles Corporation to improperly distribute funds from Bank of the Sierra account number 2220359270; and (2) Defendants Steven Duce and Bella Robles Corporation have been able to successfully access these funds for said improper distributions.

The requirements of California Code of Civil Procedure section 485.220 are satisfied, but a temporary protective order should be issued instead of an *ex parte* right to attach order and order for writ of attachment.

Plaintiff must file an undertaking in the amount of $10,000 before a temporary protective order shall issue, and plaintiff has filed an undertaking in that amount.

The property subject to the following order is: $1,500,000 in Bank of the Sierra account number 2220359270, or whatever part of that amount is on deposit therein.

**ORDER**

THE COURT ORDERS:

1. Defendants Samuel Abraham, Steven Duce, and Bella Robles Corporation, and their employees, agents, devisees, spouses, designees and assignees, shall not transfer, directly or indirectly, any interest in the first $1,500,000 in Bank of the Sierra account number 2220359270, and Bank of the Sierra shall not facilitate or otherwise honor any such transfer by Samuel Abraham, Steven Duce, Bella Robles, or the agents of Samuel Abraham, Steven Duce, and/or Bella Robles.

2. This Order shall expire at the earliest of the following times:
   (a) When Plaintiff levies upon the specific property described in this order;
   (b) After noticed hearing on Plaintiff's motion for right to attach order and writ of attachment set for June 13, 2008;
   (c) 40 days after the issuance of this order.

3. The hearing on Plaintiff's motion for right to attach will be held on June 13, 2008, at 9:00 a.m., in Courtroom No. 2, at the Fresno Federal Courthouse (2500 Tulare St., Fresno, California);

4. Defendants are to file any oppositions to Plaintiff's motion for right to attach and writ of attachment on or by June 6, 2008;

| | | |
|---|---|---|
| 1 | | |
| 2 | 5. | Plaintiff may file a reply to any oppositions by 3:00 p.m. June 11, |
| 3 | | 2008; and |
| 4 | | |
| 5 | 6. | Since only Defendant Bank of the Sierra has made an appearance in |
| 6 | | this case, Plaintiff is to use best efforts to <u>immediately</u> serve this |
| 7 | | order, as well as a copy of Plaintiff's motion for writ of attachment, |
| 8 | | supporting declaration, and the Court's May 21, 2008, order (Doc. No. |
| 9 | | 15) on the remaining Defendants. |

<u>IT IS SO ORDERED.</u>

**Dated:   May 29, 2008**
       /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE