Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for PLAINTIFF,
    DON ROSE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>   Defendants. | Case No. 1:08-CV-00606-AWI-SMS<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR RIGHT TO ATTACH AND WRIT OF ATTACHMENT** |

The parties to this litigation, by and through their respective attorneys of record hereby submit the following stipulation and order effectuating the agreement they have reached.

## I.

## RECITALS

WHEREAS, there is presently a hearing on the Plaintiff's Motion for Right to Attach and Writ of Attachment presently scheduled for June 13, 2008; and

WHEREAS, the attorney for the Plaintiff has a family emergency that will entail traveling out of the area for the remainder of the week.

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law,
100 Willow Plaz
Suite 300
Visalia, CA 93291
(559) 636-0200

## II.

## STIPULATION

IT IS HEREBY STIPULATED TO by and between the parties to this litigation through their respective attorneys of record that the hearing on the Plaintiff's Motion for Right to Attach and Writ of Attachment shall be continued from June 13, 2008 to June 17, 2008 at 10: 00 a.m. in Courtroom No. 2 of the above-entitled court before the Honorable Anthony W. Ishii or to a date that is convenient to the court.

DATED: June 11, 2008    DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: /s/Leonard C. Herr
    LEONARD C. HERR
    Attorney for Plaintiff,
    DON ROSE

DATED: June 11, 2008    KIMBLE, MacMICHAEL & UPTON

By: /s/ Christopher E. Seymour
    CHRISTOPHER E. SEYMOUR
    Attorneys for Defendant,
    BANK OF THE SIERRA

DATED: June 11, 2008

_____
STEVEN DUCE, pro se, Defendant

///
///
///
///
///

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law,
100 Willow Plaz
Suite 300
Visalia, CA 93291
(559) 636-0200

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR RIGHT TO ATTACH AND WRIT OF ATTACHMENT**

## III.

## ORDER

UPON GOOD CAUSE BEING SHOWN, as set forth in the above stipulation of counsel, the following order is entered:

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Right to Attach and Writ of Attachment is continued to June 17, 2008 at the hour of 10:00 a.m. in Courtroom No. 2 of the above-entitled court.

IT IS SO ORDERED.

**Dated:  June 13, 2008**                    /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law,
100 Willow Plaz
Suite 300
Visalia, CA 93291
(559) 636-0200

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR RIGHT TO ATTACH AND WRIT OF ATTACHMENT**