IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORP., INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>　　　　　　　Defendants. | CIV F 08-606 AWI SMS<br><br>ORDER VACATING JUNE 17, 2008, HEARING AND TAKING MATTER UNDER SUBMISSION |

　　　　On May 21, 2008, this Court granted an *ex parte* temporary protective order pursuant to California Code of Civil Procedure § 486.020, as made applicable by Federal Rule of Civil Procedure 64. See Court's Docket Doc. No. 15. On May 29, 2008, the temporary protective order was entered and a briefing schedule was set on Plaintiff's application for right to attach and writ of attachment. See Court's Docket Doc. No. 19. Hearing was set for June 13, 2008. See id. On June 11, 2003, the parties stipulated to moving the hearing to June 17, 2008. See Court's Docket Doc. No. 22. However, as of the signing of this order, no opposition to Plaintiff's motion for right to attach and writ of attachment have been filed.

　　　　California Code of Civil Procedure § 484.060(a) reads in pertinent part: "If the defendant fails to file a notice of opposition within the time prescribed, the defendant shall not be permitted to oppose the issuance of the order." By the terms of § 484.060(a), since no defendant has filed

any opposition to Plaintiff's motion, no defendant is entitled to oppose Plaintiff's motion. Cal. Code Civ. Pro. § 484.060(a). Since application of § 484.060(a) precludes the defendants from opposing the motion, the Court sees no utility in requiring the parties to appear before it.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The June 17, 2008, 10: 00 a.m. hearing on Plaintiff's motion for right to attach and writ of attachment is VACATED and no party shall appear at that time;

2. As of June 17, 2008, the Court will take Plaintiff's motion under submission and will thereafter issues its ruling; and

3. Since Defendant Steven Duce has appeared *pro se*, Plaintiff's counsel is ordered to immediately inform Duce that the June 17, 2008, hearing has been vacated due to application of California Code of Civil Procedure § 484.060(a) and that the matter is taken under submission as of June 17, 2008.

IT IS SO ORDERED.

Dated: **June 16, 2008**         /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE

---

[1] The resolution of Plaintiff's motion for right to attach and writ of attachment will not affect the determination of any issues in the underlying case, other than issues relevant to attachment. See Cal. Code Civ. Pro. § 484.100.

2