# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>    Defendants. | Case No. 1:08-CV-00606-AWI-SMS<br><br>**RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING** |

    1.a.    The application of Plaintiff DON ROSE for a right to attach order and order for issuance of writ of attachment against the property held in escrow by Defendants BELLA ROLBLES CORPORATION, INC. and STEVEN DUCE for the benefit of Defendant SAMUEL ABRAHAM and Plaintiff DON ROSE was set for hearing before the Hon. Anthony Ishii, United States District Court, Eastern District of California, on June 17, 2008, at 10:00 a.m., Department 2.

    1.b.    No Defendants filed oppositions to Plaintiff's motion. Since no Defendant filed an opposition, no Defendant was entitled to oppose Plaintiff's motion, as per California Rule of Civil Procedure § 484.060(a). Due to application of § 484.060(a), the Court took the matter under submission as of June 17, 2008.

**FINDINGS**

THE COURT FINDS:

2.a. Defendant BELLA ROBLES CORPORATION, INC. is a California Corporation licensed and doing business in County of Kern, California; and Defendants STEVEN DUCE and SAMUEL ABRAHAM are natural persons.

2.b. The claim upon which the application is based is one upon which an attachment may be issued.

2.c. The Plaintiff has established the probable validity of the claim upon which the attachment is based.

2.d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.

2.e. The amount to be secured is greater than zero.

2.f. Defendants failed to prove that any of the property described in plaintiff's application is exempt from attachment.

2.g. An undertaking in the amount of $10,000 is required before a writ shall issue, and Plaintiff has filed an undertaking in that amount.

2.h. A right to attach order is appropriate, pursuant to California Code of Civil procedure section 484.010 et seq. and Federal Rules of Civil Procedure Rule 64.

**ORDER**

THE COURT ORDERS:

3.a. The Plaintiff has a right to attach property held in escrow in a deposit account by Defendants BELLA ROBLES CORPORATION and STEVEN DUCE for the benefit of Defendant SAMUEL ABRAHAM and Plaintiff DON ROSE in the amount of $1,500,000 or whatever part of that amount remains in the account described in paragraph 3.b

3.b. The clerk shall issue a writ of attachment in the amount stated in paragraph 3.a. forthwith for that deposit account that is on deposit with Bank of the Sierra, account number 2220359270.

3.c. Defendants BELLA ROBLES CORPORATION, INC. and STEVEN DUCE shall transfer to the levying officer possession of any documentary evidence of that Defendant's title or right to possession of that property described in paragraph 3.b.

3.d. Defendants SAMUEL ABRAHAM, STEVEN DUCE, and BELLA ROBLES CORPORATION, INC., and their employees, agents, devisees, spouses, designees and assignees, shall not transfer, directly or indirectly, any interest in the in the first $1,500,000 in Bank of the Sierra account number 2220359270, and Bank of the Sierra shall not facilitate or otherwise honor any such transfer by any person, named or unnamed except as directed to do so by Order of this Court.

IT IS SO ORDERED.

Dated: **June 17, 2008**  /s/ **Anthony W. Ishii**
UNITED STATES CHIEF DISTRICT JUDGE