CHRISTOPHER E. SEYMOUR #126330
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 N. Palm Avenue, Suite 221
Post Office Box 9489
Fresno, CA 93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Defendant
BANK OF THE SIERRA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DON ROSE, | Case No.: 1:08-CV-00606-AWI-SMS |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA, | |
| Defendants. | |

UPON GOOD CAUSE BEING SHOWN, the following order is entered:

This action is dismissed as against Defendant Bank of the Sierra ("Sierra") without prejudice.

Plaintiff Don Rose and Sierra waive any claim for attorneys fees and costs they may have against each other to date, EXCEPT that Sierra reserves all right to claim such fees and costs pursuant to FRCP 41(d) or otherwise, in any subsequent action against Sierra based upon or including the same claim, or should Sierra be brought back into this action, as part of any fee or cost claim made in that action.

IT IS SO ORDERED.

Dated: __June 25, 2008__      _____/s/ Anthony W. Ishii_____
UNITED STATES CHIEF DISTRICT JUDGE