IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>        Plaintiff,<br>   v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORP., INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>        Defendants. | 1:08-cv-606 AWI SMS<br><br>ORDER VACATING HEARING OF MARCH 9, 2009, AND TAKING MATTER UNDER SUBMISSION |

      Plaintiff has noticed for hearing and decision a motion for partial summary judgment. The matter is scheduled for hearing to be held on March 9, 2009. Pursuant to Local Rule 78-230(c), Defendants were required to file either an opposition or a notice of non-opposition no later than March 2, 2009. Defendants failed to do so.

      Due to Defendants' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Defendants are not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 9, 2009, is VACATED, and no party shall appear at that time. As of March 9, 2009, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 4, 2009              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE