Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for　　　　　　　　　　　　Plaintiff, DON ROSE

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>　　　　Defendants. | Case No. 1:08-CV-00606-AWI-SMS<br><br>**APPLICATION FOR NUNC PRO TUNC ORDER EXONERATING BOND; DECLARATION OF COUNSEL; AND ORDER THEREON**<br><br>**Judge: Anthony W. Ishii** |

　　　　Plaintiff DON ROSE, through counsel DOOLEY, HERR, PELTZER & RICHARDSON, LLP, hereby moves the court for an order *Nunc Pro Tunc* Exonerating Bond in the above-captioned case.

　　　　On May 20, 2008, Plaintiff made his Second Application for Writ of Attachment in the above captioned matter (Dkt. #13), securing the funds in Bank of the Sierra Account number 2220359270 (hereinafter, "the Account"). The Order covered the first $1,500,000 in that account. The Court conditionally granted the Application on May 21. 2008, (Dkt. #15) simultaneously Ordering that Plaintiff post bond in an amount of $10,000, pursuant to California Code of Civil Procedure

section 484.010, *et seq.* (hereinafter, all statutory references are to the California Code of Civil procedure, unless otherwise indicated). The Notice of Undertaking was filed with the Court on May 23, 2008 along with the original bond in the amount of $10,000. (Dkt. #17) On March 11, 2009, this Court entered Partial Summary Judgment in this matter, Ordering the release of what was believed by Plaintiff to be about $800,000 in the Account. (Dkt. #56) The actual amount of monies in the Account were substantially less; about $408,000. The result is the same; the Account has no money in it. Plaintiff is informed and believes that the Account was closed by Bank of the Sierra soon after the funds were released.

Plaintiff respectfully requests that this Court enter an Order releasing Plaintiff *nunc pro tunc* from the obligation to post the $10,000 bond.

Dated: July 15, 2009

                        DOOLEY, HERR, PELTZER & RICHARDSON, LLP

                        By: /s/ Leonard C. Herr
                            Leonard C. Herr
                            Attorney for Plaintiff, Don Rose

## **DECLARATION OF LEONARD C. HERR**

I, Leonard C. Herr, declare as follows:

1. I am the attorney for Plaintiff DON ROSE and have represented him throughout the entire action.
2. The $10,000 surety bond was Ordered as a condition to the Order granting Plaintiff's second ex-parte motion for writ of attachment or temporary protective order entered by this Court on May 21, 2008. (Dkt. #15) The amount posted was $10,000 pursuant to Section 489.220(a).
3. The Right to Attach Order allowed Plaintiff to Attach the first $1,500,000 in the Account.
4. The Account was cleared of all funds pursuant to this Court's Order on Partial Summary Judgment entered on March 11, 2009. (Dkt. #56)
5. With the release of the funds in the Account, no reason exists for Plaintiff to maintain the $10,000 bond and no reason for the bond has existed since

2

the Court Ordered the funds released and the Order was executed.
6. As the bond is no longer necessary, and has not been necessary since the release of the funds, Plaintiff requests an Order *Nunc Pro Tunc* releasing him of the obligation to post the Bond.

I declare under the penalty of perjury that the foregoing is true and correct. This declaration is executed on July 15, 2009, at Visalia, California.

/s/ Leonard C. Herr
Leonard C. Herr

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated *nunc pro tunc* to the date of March 11, 2009.

IT IS SO ORDERED.

**Dated:   July 29, 2009**          /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE