Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for PLAINTIFF,
    DON ROSE

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL ABRAHAM, BELLA ROBLES CORPORATION, INC., STEVEN DUCE, RICHARD WYNN, and BANK OF THE SIERRA,<br><br>　　　　Defendants. | Case No. 1:08-CV-00606-AWI-SMS<br><br>**ORDER ON APPLICATION FOR LEAVE TO DEPOSE PRISONER** |

The Court, after reviewing the Application by Plaintiff DON ROSE and considering the grounds therefore, does hereby grant leave to Plaintiff DON ROSE as requested, as follows:

WHEREAS, SAMUEL ABRAHAM is currently an inmate at Federal Correction Institution, Morgantown, in Morgantown, West Virginia; and,

WHEREAS, Plaintiff DON ROSE has shown good cause for taking the deposition of Inmate SAMUEL ABRAHAM in the above-captioned matter; and,

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**[PROPOSED] ORDER ON APPLICATION FOR LEAVE TO DEPOSE PRISONER**

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff DON ROSE has made an adequate showing that Inmate SAMUEL ABRAHAM has percipient knowledge of the events that gave rise to the above-captioned matter and the persons involved therein; and,

WHEREAS, Plaintiff DON ROSE must secure this Court's Leave to take the deposition testimony of Inmate SAMUEL ABRAHAM; and,

WHEREAS, the taking of deposition testimony from a federal inmate at Federal Correction Institution, Morgantown, is coordinated, scheduled, and managed by the Bureau of Prisons Mid-Atlantic Regional Office;

WHEREFORE, be it known by these presents that this Court ADJUDGES, DECREES, and ORDERS that:

1. Plaintiff DON ROSE has this Court's Leave to take the deposition testimony of Inmate SAMUEL ABRAHAM upon notice to Inmate SAMUEL ABRAHAM pursuant to Rule 30 of the Federal Rules of Civil procedure; and,

2. Prior thereto, Plaintiff DON ROSE shall give notice of this Order to the Bureau of Prisons Mid-Atlantic Regional Office and shall coordinate with said Regional Office so that the taking of the deposition testimony of Inmate SAMUEL ABRAHAM shall be set and noticed for a time and place that will minimize disruptions to the orderly operations of Federal Correction Institution, Morgantown.

IT IS SO ORDERED.

Dated: __August 13, 2009__  __/s/ Sandra M. Snyder__
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

PDF created with pdfFactory trial version www.pdffactory.com