UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>              Plaintiff,<br>   v.<br><br>SAMUEL ABRAHAM., et al.<br><br>              Defendants. | **Case No.: 1:08-cv-00606 AWI JLT**<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS FONTAINE, SLAYTON, ALICIA DUCE AND LANDMARK, LTD. SHOULD NOT BE DISMISSED FOR FAILURE TO PERFECT SERVICE |

On October 9, 2009, the Clerk of the Court issued summonses to Defendants Fontaine, Slayton, Alicia Duce and Landmark, Ltd. Since this time, Plaintiff has failed to file proofs of service demonstrating that these defendants have received proper service of process. If service has not occurred, it appears to the Court that Plaintiff is in violation of Federal Rules of Civil Procedure 4(m).

Therefore, within ten days, Plaintiff is ordered file proof demonstrating service of process to these defendants or show cause why the Court should not dismiss the matter as to these defendants.

IT IS SO ORDERED.

Dated: **August 25, 2010**                                         **/s/ Jennifer L. Thurston**
                                                                                               UNITED STATES MAGISTRATE JUDGE