UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE,<br><br>  Plaintiff,<br>v.<br>SAMUEL ABRAHAM., et al.<br>  Defendants. | Case No.: 1:08-cv-00606 AWI JLT<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS<br><br>(Doc. 83) |

On November 19, 2010, Plaintiff's counsel filed a declaration seeking additional time within which to complete service on Defendant Roger Fontaine who is a resident of Manitoba, Canada. (Doc. 83 at 1-2) Counsel reported that he does not expect to receive a proof of service until early December 2010 at the earliest given the requirements for service in Canada. Id.

Likewise, when counsel attempted to serve Defendants Lance Slayton and Landmark Limited by publication, through error, the newspaper that published the notice was in Little Rock, AK rather than Littleton, CO. (Doc. 83 at 2) Thus, counsel is required to re-publish notice and requests until December 31, 2010 to file proofs of service.

Good cause appearing, Plaintiff's request for an extension of time to December 31, 2010 to serve notice to Defendants Fontaine, Slayton and Landmark Limited is **GRANTED.**

IT IS SO ORDERED.

Dated:  **November 22, 2010**                            /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE

1