# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ROSE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SAMUEL ABRAHAM, BELLA ) <br> ROBLES CORP., INC., STEVEN DUCE, ) <br> RICHARD WYNN, and BANK OF THE ) <br> SIERRA, ) <br> ) <br> Defendants. ) | CIV F 08-606 AWI SMS <br><br> ORDER CORRECTING <br> SEPTEMBER 13, 2011, ORDER <br> *NUNC PRO TUNC* <br><br> (Doc. No. 101) |

On September 13, 2011, this Court issued an order that discharged a previous order to show cause. See Doc. No. 101. However, the title of the order was erroneously stated as "Order on Plaintiff's Motion for Ex Pare Writ of Attachment and Ex Parte Temporary Restraining Order." The title should have been "Order Discharging Order to Show Cause." The September 13, 2011, as the body and substance of the order make clear, have nothing to do with a writ of attachment or temporary restraining order. In order to alleviate any possible confusion, the Court will correct the September 13, 2011, order *nunc pro tunc*.

Accordingly, IT IS HEREBY ORDERED that the September 13, 2011, order (Doc. No. 101) is CORRECTED *NUNC PRO TUNC* such that the title of the order shall now be "Order Discharging Order to Show Cause."

IT IS SO ORDERED.

Dated: September 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE